IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLIE B. BUSH, JR.,<br><br>         Plaintiff,<br><br>vs.<br><br>DONNER STEEL WORKS,<br><br>         Defendant. | 4:14CV3179<br><br>**ORDER** |

This matter is before the Court *sua sponte*. The Court notes that Filing No. 21 is intended to be defendant's brief in support of its motion for summary judgment. However, only the certificate of service is filed. The brief itself is not filed in CM/ECF. As a result, the Court shall give the defendant 7 days from the date of this Order to file its brief.

Thereafter, the plaintiff has 14 days to file a brief in opposition and evidence in opposition to the motion for summary judgment. Failure to do so will likely result in dismissal of this case.

IT IS SO ORDERED.

Dated this 2nd day of October, 2015

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge