IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**CHARLIE B. BUSH, JR.,**

        **Plaintiff,**

vs.

**DONNER STEEL WORKS,**

        **Defendant.**

**4:14CV3179**

**ORDER**

This matter is before the court *sua sponte*. The pretrial conference and trial deadlines contained in the February 5, 2015, Order (Filing No. 13) are terminated. In accordance with the timelines in the February 5, 2015, Order, the parties shall initiate drafting the Order on Final Pretrial Conference so that the defendant may submit the draft within **thirty days** of the court's resolution of the defendant's Motion for Summary Judgment (Filing No. 19). Upon receipt of the draft, the court will reschedule the pretrial conference and trial.

**IT IS SO ORDERED**.

Dated this 20th day of October, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge