IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHARLIE B. BUSHJR.,

        Plaintiff,

vs.

DONNER STEEL WORKS,

        Defendant.

**4:14CV3179**

**ORDER**

This matter is before the court on plaintiff's motion for enlargement of time to respond to defendant's motion for summary judgment, Filing No. 27. The court has reviewed the file and determines that the motion should be granted.

THEREFORE, IT IS ORDERED that plaintiff's motion for enlargement of time, Filing No. 27, is granted. The plaintiff is given an extension of 10 days until November 10, 2015 to file his response to the defendant's motion for summary judgment. No further extensions will be granted absent good cause.

Dated this 23rd day of October, 2015

                          BY THE COURT:

                          s/ Joseph F. Bataillon
                          Senior United States District Judge